■ ABRAHAM M. STERN, Appellant, v JANET STERN, Respondent. — In an action for a conversion divorce under subdivision (6) of section 170 of the Domestic Relations Law, plaintiff husband appeals from so much of an order of the Supreme Court, Rockland County (Sullivan, J.), entered April 4, 1983, as denied his motion for summary judgment. Order affirmed insofar as appealed from, with costs. Special Term properly denied plaintiff's motion for summary judgment because there are issues of fact presented as to whether he has substantially complied with the separation and modification agreements (see, e.g., *Berman v Berman*, 72 AD2d 425, 428-429, affd 52 NY2d 723). Mollen, P. J., Titone, Lazer and Rubin, JJ., concur.

■ MANUEL TAVERAS, Respondent, v NEW YORK PROPERTY INSURANCE UNDERWRITING ASSOCIATION, Appellant. — In an action to recover on an insurance policy, defendant appeals from an order of the Supreme Court, Kings County (Pincus, J.), dated August 13, 1982, which denied its motion for summary judgment. Order affirmed, with costs. (See *Bonus Warehouse v Great Atlantic Ins. Co.*, 93 AD2d 615.) We note that *Lentini Bros. Moving & Stor. Co. v New York Prop. Ins. Underwriting Assn.* (53 NY2d 835, 837) is inapposite since the Court of Appeals specifically based its decision in that case upon "the insured's unexcused and willful refusal to comply". We find no such unexcused and willful refusal to comply in the instant case. Mollen, P. J., Damiani, Mangano and Gulotta, JJ., concur.